| | |
|---|---|
| 1 | David P. Matthews |
| | TX No. 13206200 |
| 2 | Jason C. Webster |
| | TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES** |
| | 2905 Sackett St. |
| 4 | Houston, TX 77098 |
| | (713) 522-5250 |
| 5 | (713) 535-7184 facsimile |
| | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 06-6552 CRB** <br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| Phillip Page, <br>    Plaintiffs, <br> vs. <br> Pfizer Inc., et al. <br>    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Phillip Page, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010          MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

-1-

1  DATED: Jan. 12, 2010     DLA PIPER LLP (US)

2                           By: /s/ Michelle W. Sadowsky
3                               Michelle W. Sadowsky
                                *Attorneys for Defendants*
4

5

6

7  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

8

9  Dated: FEB 17 2010          /s/ Charles R. Breyer
                                Hon. Charles R. Breyer
10                              United States District Court

-2-